IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC <br> and <br> INTELLECTUAL VENTURES II LLC <br><br> *Plaintiffs,* <br><br> v. <br><br> HIGHMARK, INC.; <br> HM INSURANCE GROUP, INC.; <br> HM LIFE INSURANCE COMPANY; <br> HIGHMARK CASUALTY <br> INSURANCE COMPANY; <br> HM CASUALTY INSURANCE <br> COMPANY; <br><br> *Defendants.* | Civil Action No. 2:14-CV-1131 <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO VACATE CERTAIN ORDERS

The parties to this case, Plaintiffs Intellectual Ventures I LLC and Intellectual Venture II LLC, and Defendants Highmark, Inc., HM Insurance Group, Inc., HM Life Insurance Company, Highmark Casualty Insurance Company, HM Casualty Insurance Company (collectively the "Highmark Defendants") have reached a settlement, and the Federal Circuit has granted the parties' joint motion to vacate the judgment and remand for this Court to take further actions consistent with the settlement. In particular, the parties jointly move the Court to vacate its opinion (No. 65) and order (No. 66) as to the Highmark Defendants only. Pursuant to this settlement, the parties will be filing a stipulation of dismissal after the Court grants this motion.

A proposed order is attached.

Respectfully submitted,

*/s/Robert L. Wagner*

**Henry M. Sneath** (Pa. ID No. 40559)
**Robert L. Wagner** (Pa. ID No. 308499)
**Kelly A. Williams** (Pa. ID No. 74782)
**Picadio Sneath Miller & Norton, P.C.**
Four Gateway Center
444 Liberty Avenue
Suite 1105
Pittsburgh, PA 15222
412.288.4000 (telephone)
412.288.2405 (facsimile)
hsneath@psmn.com
rwagner@psmn.com
kwilliams@psmn.com

**Derek Gilliland**
Texas State Bar No. 24007239
**Nix Patterson & Roach, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlaw.com
Attorney in Charge

**Kirk Voss**
Texas State Bar No. 24075229
**Christian J. Hurt**
Texas State Bar No. 24059987
**Robert Winn Cutler**
Texas State Bar No. 24084364
**Ross Leonoudakis**
Texas State Bar No. 24087915
**Nix Patterson & Roach, L.L.P.**
1845 Woodall Rodgers Frwy., Ste. 1050
Dallas, Texas 75201
972.831.1188 (telephone)
972.444.0716 (facsimile)
kirkvoss@me.com
christianhurt@nixlaw.com

winncutler@nixlaw.com
rossl@nixlaw.com

***COUNSEL FOR PLAINTIFFS
INTELLECTUAL VENTURES I LLC AND
INTELLECTUAL VENTURES II LLC***

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.5 and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 12th day of April, 2016

                              */s/Robert L. Wagner*